**Henry Esau MONTERROSO–ROSEL, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 06–70619.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 18, 2006.*

Filed Dec. 21, 2006.

District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, McKEOWN and FISHER, Circuit Judges.

## MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' January 11, 2006

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

decision, denying petitioner's motion to re-open.

Respondent's motion to dismiss this petition for lack of jurisdiction is denied. *See Ray v. Gonzales,* 439 F.3d 582, 583 (9th Cir.2006)

Respondent's motion for summary disposition is granted because the questions raised by this petition are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, this petition for review is denied. *See* 8 C.F.R. § 1003.43(h)(1) (stating that jurisdiction over motions to reopen under section 203 of NACARA lies in the immigration court).

**PETITION FOR REVIEW DENIED.**